JOSEPH A. O'HARA, Respondent, v. VIOLA CARPENTER, etc., Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Young, Lazansky, Hagarty Seeger and Carswell, JJ.

ADELE OLMSTEAD, Appellant, v. EDWARD GREENWOOD, etc., Respondent.— Order denying plaintiff's motion for summary judgment affirmed, with ten dollars costs and disbursements. No opinion. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.

JENNIE PETTERSON, as Executrix, etc., of JOHN PETTERSON, Deceased, Respondent, v. GEORGE PATTBERG, Appellant.— On reargument, judgment affirmed, with costs. No opinion. Lazansky, P. J., Young, Seeger and Carswell, JJ., concur; Kapper, J., dissents upon the ground that a contract was not established.

JOSEPH RAY, Respondent, v. JOSEPH ZAPPA, Appellant.— Judgment and order unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seeger and Carswell, JJ.

MAURICE J. RETHEN, Appellant, v. JEANETTE RETHEN, Respondent.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Young, Hagarty, Seegar and Carswell, JJ.

REVILLON FRERES, etc., and Another, Respondents, v. RUDOLPH REICHELT, Appellant. MARTHA REICHELT, Defendant.— Order, as resettled, modified by striking therefrom the provision with reference to a bond, and as so modified affirmed, without costs. By acceptance of the costs and disbursements provided for in the resettled order of this court affirming the appeals from orders denying appellant's motions to strike out and to dismiss the second cause of action, plaintiffs acquiesced in the provisions of the resettled order, which gave appellant time to answer, despite the entry of judgment against appellant and the denial of appellant's motion to open his default. Young, Rich, Kapper, Lazansky and Hagarty, JJ., concur.